UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Richard D. Rock,

      Plaintiff,

v.

Pennsylvania Life Insurance Company,

      Defendant.

Court File No. 07-C-0333-C

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties stipulate, by and through their undersigned counsel, that the above-entitled action is hereby dismissed on its merits and with prejudice, but without costs to either party. The Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action of record.

Dated: January 29, 2008

BYE, GOFF, ROHDE, & SKOW, LTD.

_____
Tracy N. Tool (ID #1038092)
258 Riverside Drive, Box 167
River Falls, WI 54022
Telephone: (715) 425-8161
Attorneys for Plaintiff

Dated: January 30, 2008

KRASS MONROE, P.A.

_____
John Harper III (ID #0349781)
Molly R. Hamilton (MD ID #0349781)
8000 Norman Center Drive, Suite 1000
Minneapolis, MN 55437-1178
Telephone: (952) 885-5999
Attorneys for Defendant

Copy of this document has been provided to: _____
this ___ day of Feb., 2008
by _____
M. Hardin, Secretary to
Judge John C. Shabaz

App'd
Barbara B. Crabb
2/26/08